**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1826**

---

NAJIA RAHMANI,

      Plaintiff - Appellant,

    v.

KIMBERLY M. RUCKER, Chief Deputy Treasurer; COURTNEY ERIN MORGAN CASTELLUZZO; JEFF J. CERTOSIMO; JEFFREY A. SCHARF,

      Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Michael Stefan Nachmanoff, District Judge.  (1:24-cv-01047-MSN-LRV)

---

Submitted:  November 19, 2024             Decided:  November 21, 2024

---

Before QUATTLEBAUM, RUSHING, and BENJAMIN, Circuit Judges.

---

Affirmed as modified by unpublished per curiam opinion.

---

Najia Rahmani, Appellant Pro Se.  David Eran Bateman, RATHBUN BATEMAN, PC, Fairfax, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Najia Rahmani appeals the district court's order granting Defendants' motion to dismiss and dismissing her complaint with prejudice for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order, *Rahmani v. Rucker*, No. 1:24-cv-01047-MSN-LRV (E.D. Va. July 30, 2024), as modified to reflect that the dismissal of Rahmani's claim is without prejudice, *see S. Walk at Broadlands Homeowner's Ass'n, Inc. v. OpenBand at Broadlands*, LLC, 713 F.3d 175, 185 (4th Cir. 2013) ("A dismissal for lack of . . . subject matter jurisdiction . . . must be one without prejudice, because a court that lacks jurisdiction has no power to adjudicate and dispose of a claim on the merits."). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*

2